UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECREST, WARDLE, LYNCH, HAMPTON,
TRUEX AND MORLEY, P.C.,

        Plaintiffs,                  Honorable George Caram Steeh
                                            Magistrate Judge Donald A. Scheer
-vs-                                                Case No.: 2:10-cv-10462

FIREMAN'S FUND INSURANCE COMPANY,
and BUCKLEY KING, a Legal Professional
Association,

        Defendants.
_____

| **BRUCE A. TRUEX (P26035)** | **DAVID A. FRENCH (P31944)** |
|---|---|
| **ROY E. COLE (P38836)** | **MILLER, CANFIELD, PADDOCK AND** |
| **SECREST WARDLE** | **STONE, P.L.C.** |
| Attorneys for Plaintiff | Attorney for Defendant **FIREMAN'S FUND** |
| 30903 Northwestern Highway | 101 North Main Street, 7th Floor |
| Post Office Box 3040 | Ann Arbor, MI 48101 |
| Farmington Hills, MI 48333-3040 | (734) 663-2445/Fax: (734) 747-7147 |
| (248) 851-9500/Fax: (248) 538-1223 | French@millercanfield.com |
| btruex@secrestwardle.com | |
| rcole@secrestwardle.com | |

**JOHN J. GILLOOLY (P41948)**
**JOHN E. McSORLEY (P17557)**
**GARAN LUCOW MILLER, P.C.**
Attorneys for Defendant **BUCKLEY KING**
1000 Woodbridge Street
Detroit, MI 48207-3192
(313) 445-5501/Fax: (313) 259-0450
Jgillooly@garanlucow.com
Jmcsorley@garanlucow.com
_____

## STIPULATED ORDER DISMISSING MOTIONS WITHOUT PREJUDICE AND PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

       This matter having come before the Court upon Defendant, Buckley King's Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e), and its Motion to Dismiss Counts II, III and V of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6), and the Plaintiff having responded by the filing of its Motion for Leave to File First Amended Complaint, and the parties now having

stipulated to the entry of this Order, and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, Buckley King's Motion for More Definite Statement Pursuant to Fed. R. Civ. P. 12(e), and its Motion to Dismiss Counts II, III and V of Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) are denied without prejudice.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff, Secrest, Wardle, Lynch, Hampton, Truex & Morley, P.C., may file its First Amended Complaint, and that its Motion for Leave to File First Amended Complaint is denied as moot.

**IT IS HEREBY FURTHER ORDERED** that Defendants shall have twenty-one (21) days from the filing of Plaintiff's First Amended Complaint for the filing of their responsive pleadings.

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2010

**STIPULATED TO:**

| | |
|---|---|
| s/ John E. McSorley<br>**JOHN J. GILLOOLY (P41948)**<br>**JOHN E. McSORLEY (P17557)**<br>Attorneys for Defendant Buckley King | s/ David A. French<br>**DAVID A. FRENCH (P31944)**<br>Attorney for Defendant Fireman's Fund |
| s/ Bruce A. Truex<br>**BRUCE A. TRUEX (P26035)**<br>**ROY E. COLE (P38836)**<br>Attorneys for Plaintiff Secrest Wardle | |