UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECREST, WARDLE, LYNCH,
HAMPTON, TRUEX AND
MORLEY, P.C.,

          Plaintiff,

                                          Case No. 10-CV-10462

v.

                                          HON. GEORGE CARAM STEEH

FIREMAN'S FUND INSURANCE
COMPANY, BUCKLEY KING,
and LANCER CLAIMS SERVICES,

          Defendants.

_____/

<u>ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY
JUDGMENT AND GRANTING DEFENDANT BUCKLEY KING'S MOTION
FOR LEAVE TO FILE AMENDED ANSWER</u>

On January 26, 2011, the court held a hearing on plaintiff's motion for partial summary judgment and defendant Buckley King's motion for leave to file amended answer. Counsel for the parties appeared and argued at the hearing. After consideration of the arguments presented in the briefs and at the hearing, the court finds that partial summary judgment is not appropriate at this time. For the reasons stated on the record, the court denies plaintiff's motion for partial summary judgment, grants defendant Buckley King's motion for leave to file amended answer, and deems the October 20, 2010 counter-affidavits filed by Fireman's Fund Insurance Company and Lancer Claims Services amendments to their October 15, 2010 answer.

IT IS SO ORDERED.

Dated:  January 27, 2011

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 27, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk